UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
JUL 06 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. |
| | ) | 3:12 mj 204 |
| v. | ) | |
| | ) | |
| JOHN RAYMOND HURBAN | ) | |
| a/k/a Marcus Edward Bramhall | ) | |
| | ) | ORDER SEALING COMPLAINT |

THIS MATTER came before the Court upon a motion of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Clerk of Court seal the Complaint, Complaint Affidavit and Arrest Warrant, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Clerk of Court shall seal the Complaint, Complaint Affidavit and Arrest Warrant in this case, until the arrest of the above-named defendant, at which time the Clerk of Court shall unseal said documents.

**DONE AND ORDERED** this 6th day of July, 2012, at Charlotte, North Carolina.

DAVID C. KEESLER
United States Magistrate Judge